

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-16-00541-CR

Gerardo **VENEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRH-001475-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court